IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Case No. 03-cv-01683-EWN-PAC

ARTHUR GALLEGOS,
RAE ANN GALLEGOS,

      Plaintiffs,

v.

LOUISVILLE LADDER GROUP, LLC,
DAVIDSON LADDERS, INC.,

      Defendants.

---

**ORDER EXCLUDING WITNESSES**

---

It is

**ORDERED** as follows:

1.    All persons who expect to be called as witnesses in the case of *Arthur Gallegos and Rae Ann Gallegos v. Louisville Ladder Group, LLC and Davidson Ladders, Inc.*, Civil Action No. 03-cv-001683-EWN-PAC, are **EXCLUDED FROM THE COURTROOM** during all further proceedings in the case.

2.    No witness shall discuss with any other witness either the questions propounded to the witness or the testimony which he or she gave in response to the questions.

Dated this 12th day of June, 2006.

BY THE COURT:

_____
EDWARD W. NOTTINGHAM
United States District Judge