IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Case No. 03-cv-01683-EWN-PAC

ARTHUR GALLEGOS,
RAE ANN GALLEGOS,

    Plaintiffs,

v.

LOUISVILLE LADDER GROUP, LLC,
DAVIDSON LADDERS, INC.,

    Defendants.

---

**STIPULATION** AND **ORDER** REGARDING CUSTODY OF
EXHIBITS AND DEPOSITIONS

---

    It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has <u>expired</u> or all appellate proceedings have been <u>terminated</u> plus sixty (60) days.

    DATED at Denver, Colorado this 15th day of June, 2006.

BY THE COURT:

_____
Edward W. Nottingham, Judge

_____
Counsel for Plaintiff

_____
Counsel for Defendant